

2004 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

8-13-2004

# USA v. Fetzner

Precedential or Non-Precedential: Non-Precedential

Docket No. 03-3692

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2004

Recommended Citation

"USA v. Fetzner" (2004). *2004 Decisions.* Paper 396.
http://digitalcommons.law.villanova.edu/thirdcircuit_2004/396

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2004 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———

No. 03-3692

———

UNITED STATES OF AMERICA

v.

DONALD N. FETZNER,
                                    Appellant

———

On Appeal from the United States District Court
for the Western District of Pennsylvania
(Dist. Court No. 02-cr-00006E)
District Judge: Honorable Sean J. McLaughlin

———

Submitted Under Third Circuit LAR 34.1(a)
June 24, 2004

Before: NYGAARD, MCKEE and CHERTOFF, Circuit Judges.

———

ORDER
———

The opinion and judgment of the court, filed on August 11, 2004, is hereby

VACATED pending a further order by this court.

                                    For the Court,

                            /s/ Michael Chertoff
                            United States Circuit Judge


DATED:   August 13, 2004